U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 4 2011

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| P. CHYBA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-124-A |
| | § | |
| BAC HOME LOANS SERVICING, LP, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims that plaintiff, P. Chyba, purports to assert in the above-captioned action against defendants, BAC Home Loans Servicing, LP, Ryland Title Company, Ryland Mortgage Company, Reconstruct Company, N.A., and RH of Texas limited Partnership, under the Truth In Lending Act and the Real Estate Settlement Procedures Act be, and are hereby, dismissed for failure to state a claim upon which relief may be granted.

The court further ORDERS, ADJUDGES, and DECREES that all of plaintiff's state law claims be, and are hereby, dismissed as

authorized by 28 U.S.C. § 1367(c)(3), because the court has dismissed all claim over which it has original jurisdiction.

SIGNED April 4, 2011.

JOHN McBRYDE
United States District Judge