Case 4:11-cv-00124-A   Document 17   Filed 04/18/11   Page 1 of 3   PageID 88

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 APR 18  PM 12: 07

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **P. Chyba** <br><br> Plaintiff, <br><br> vs. <br><br> **BAC HOME LOANS SERVICING, LP** <br><br> Defendant | Case # 4:11-cv-124-A <br><br> MOTION FOR REHEARING <br><br> April 14, 2011 |

**Wherenow comes** P.Chyba, Plaintiff, asking the Court to reconsider the Order and Final Judgment for Dismissal entered on April 4, 2011. This Motion for Rehearing is certified through USPS certified return receipt # 7010 0780 0000 8027 9612 and verification is filed within 10 days after original entries of the Order and Final Judgment on April 4, 2011.

This motion is brought in the interest of justice and not intended to harass or delay.

### Prayer

**Wherefore,** Plaintiff respectfully requests this honorable Court to carefully review this Motion for Rehearing and requests the Reinstatement or Vacate the case. In the event both are denied, Plaintiff respectfully requests an additional 30 days to file a brief in support and a hearing via telephone or electronically to be scheduled 10 days after the brief in support is filed.

Respectfully Submitted,

P.Chyba, ProSe

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF CALIFORNIA** | ) |
| | ) |
| **COUNTY OF SAN DIEGO** | ) |

I, P. Chyba, the undersigned, do swear and affirm that:

1. I am over the age of 18 and am a resident of the state of California, I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto,

2. The statements made in the Motion for Rehearing above are true and accurate, in all respects, to the best of my knowledge

I declare under PENALTY OF PURJURY under the laws of the state of California that the foregoing is true and correct.

Executed this14th day of April, 2011

_____
P. Chyba, Plaintiff
C/O 6442 Ambrosia Drive, Suite 5212,
San Diego, California 92124

The Person above, who proved to me on the basis of satisfactory evidence to be P.Chyba whose name is subscribed to this document and acknowledged to me that P.Chyba executed the same in her authorized capacity and that by P.Chyba's signature on this instrument who is the person who executed this instrument.
I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF CALIFORNIA**

Notary Seal



ALPHONSO TSANG
Commission # 1902488
Notary Public - California
San Diego County
My Comm. Expires Sep 2, 2014

P. Chyba
c/o 6442 Ambrosia Drive
Unit 5212
San Diego, California
[near 92124]
non-domestic without U.S.

CERTIFIED MAIL

7010 0780 0000 8027 9612

United States
US District Court Fort Worth
501 West 10th Street, Room 310
Fort Worth, Texas [near 76102]
non-Domestic WITHOUT U.S.