# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2012

Lyle W. Cayce
Clerk

No. 11-10472
Summary Calendar

D.C. Docket No. 4:11-cv-124-A

P. CHYBA,

        Plaintiff - Appellant

v.

BAC HOME LOANS SERVICING, L.P.; RYLAND TITLE COMPANY; RYLAND MORTGAGE COMPANY; RECONTRUST COMPANY N.A.; R.H. OF TEXAS LIMITED PARTNERSHIP,

        Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before SMITH, BARKSDALE, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAR 0 5 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
        Deputy

MAR 0 5 2012

New Orleans, Louisiana